# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  
**MAGISTRATE JUDGE DOUGLAS E. ARPERT**  
**COURT REPORTER:** Digitally Recorded - ZOOM

**DATE:** October 27, 2021

**TITLE OF CASE:**  
UNITED STATES OF AMERICA  
    vs.  
CHRISTOPHER PROCTOR,  
    **DEFENDANT PRESENT**

**DOCKET 17-225(FLW)**

**APPEARANCES:**  
Brendan Day, AUSA, for Government  
Benjamin West, AFPD, for Defendant  
Gisella Bassolino, Probation Officer

**Nature of Proceedings:**  
INITIAL APPEARANCE on [131] petition for VOSR.  
Consent to Zoom videoconference entered.  
Financial affidavit to be submitted/filed.  
Hearing on application by defendant for appointment of counsel.  
Ordered application granted.  
Ordered Public Defender's Office is appointed.  
Initial appearance held.  
Defendant advised of his rights, charges, and penalties.  
Application by Government for detention.  
Ordered application granted by consent with leave to submit a bail package at a later time.  
VOSR hearing set to be set before Chief Judge Wolfson on 11/9/2021 at 1:00pm in person.

Time Commenced:  4:00pm  
Time Adjourned:   4:10pm  
Total Time: 10 minutes

                                                        s/Elizabeth Beres  
                                                        DEPUTY CLERK