UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Crim. No. 17-225 |
| CHRISTOPHER PROCTOR | **DETENTION ORDER** |

This matter having been opened to the Court by the filing of an arrest warrant on October 22, 2021, issued as a result of a petition filed the same date alleging that the defendant violated the terms of his supervised release, and on motion of the United States, by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (J. Brendan Day, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant without bail pending his appearance before the Honorable Freda L. Wolfson, C.U.S.D.J., on November 9, 2021, for a hearing on the alleged violations of supervised release in the above-entitled matter; and the defendant having consented to detention at this time, without prejudice to his right to seek release at a later date; for the reasons stated by the Court on the record at an initial appearance held by video-conference on October 27, 2021; and for good cause shown:

IT IS, therefore, on this  27th  day of October, 2021,

ORDERED that the motion of the United States for an order detaining the defendant is hereby GRANTED, and the defendant is hereby ORDERED DETAINED.  The defendant, by and through counsel, reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge